UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID P. JACOBSEN, <u>et al.</u>, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JAMES J. OLIVER, <u>et al.</u>, )<br>)<br>Defendants. )<br>) | Civil Action No. 01-1810 (PLF) |

AMENDED ORDER

This Court's Order of March 30, 2006 is amended, but only with respect to that paragraph directing the parties to engage in settlement discussions on the issue of excessive fees, in order to provide the parties with additional time for settlement discussions. Accordingly, it is hereby

ORDERED that the parties are directed to engage in settlement discussions regarding the issue of excessive fees. If the parties are unable to reach a settlement agreement by December 1, 2006, the Court will refer the parties to a magistrate judge for settlement discussions. If the parties fail to reach a settlement agreement after discussions with a magistrate judge, either or both of the parties may move for summary judgment on the issue of excessive fees. The parties are directed to file a joint report on the status of settlement on or before December 1, 2006.

SO ORDERED.

DATE: September 8, 2006

/s/_____
PAUL L. FRIEDMAN
United States District Judge